■ ADRIAN GALLAGHER et al., Respondents, v BECHTEL CORPORATION, Also Known as BECHTEL PARK TOWERS and as BPT PROPERTIES, L.P., et al., Defendants and Third-Party Plaintiffs. VERGARA NASTASI, INC., Third-Party Defendant-Appellant. [664 NYS2d 781] —Order, Supreme Court, Bronx County (Barry Salman, J.), entered July 11, 1996, which, in an action by a laborer for personal injuries sustained in a fall from a scaffold, granted plaintiff's motion for summary judgment on the issue of liability under Labor Law § 240 (1), and denied the cross motion of third-party defendant, plaintiff's employer, for summary judgment dismissing plaintiff's cause of action under Labor Law § 240 (1), unanimously affirmed, without costs.

The conflicting affidavits do not permit, as a matter of law, on a motion for summary judgment, the finding, made by the motion court, that the scaffold from which plaintiff fell tipped because one of its wheels got caught in an unguarded hole in the floor across which the scaffold was being pushed. Nevertheless, it is clear that the injury resulted from an elevation-related risk. Plaintiffs were properly awarded summary judgment against the owner and general contractor under Labor Law § 240 (1), since plaintiffs established there was a violation of the statute and that such violation was the proximate cause of the injury (*Gordon v Eastern Ry. Supply*, 82 NY2d 555). Concur—Milonas, J. P., Rubin, Tom, Mazzarelli and Colabella, JJ.